**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403**

Barry Louis Domingue
Simon Law Offices
P. O. Box 52242
Lafayette LA 70505

**REHEARING ACTION: June 18, 2008**

**Docket Number: 08   00002-CA**

**CYNTHIA CARR
VERSUS
DELTA HOMES, INC.**

**Appealed from Calcasieu Parish Case No. 2001-2096**

**BEFORE JUDGES:**

> **Hon. Marc T. Amy
> Hon. Billy Howard Ezell
> Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Cynthia A. Carr** has this day been

> **DENIED.**

cc: Vernon Ed McGuire  III, Counsel for the Appellee